NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ZEST IP HOLDINGS, LLC, ZEST ANCHORS, LLC,**
*Plaintiffs-Appellees*

**v.**

**IMPLANT DIRECT MFG. LLC, DBA IMPLANT DIRECT, LLC, IMPLANT DIRECT INT'L,**
*Defendants-Appellants*

**IMPLANT DIRECT SYBRON INTERNATIONAL, IMPLANT DIRECT SYBRON MANUFACTURING LLC,**
*Defendants-Appellees*

---

2015-1927

---

Appeal from the United States District Court for the Southern District of California in No. 3:10-cv-00541-GPC-WVG, Judge Gonzalo P. Curiel.

---

**JUDGMENT**

---

LISA M. FERRI, Mayer Brown, LLP, New York, NY, argued for plaintiffs-appellees. Also represented by MANUEL JOSE VELEZ; PAUL WHITFIELD HUGHES, Washington, DC.

MICHAEL HUREY, Kleinberg & Lerner, LLP, Los Angeles, CA, argued for defendants-appellants.

CHRISTOPHER MEAD, London & Mead, Washington, DC, argued for defendants-appellees.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, SCHALL, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| July 11, 2016 | /s/ Peter R. Marksteiner |
|:---:|:---:|
| Date | Peter R. Marksteiner |
| | Clerk of Court |